UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ALBERTO M., <br>     Plaintiff, <br> vs. <br> ANDREW SAUL, Commissioner of Social Security, <br>     Defendant. | CASE NO. CV 18-9669-AGR <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: January 7, 2020

ALICIA G. ROSENBERG
United States Magistrate Judge